UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CALVIN DUMAS** | * | **CIVIL ACTION NO:** |
| **VERSUS** | * | **SECTION:** |
| **A.M.C. LIFTBOATS, INC.** | * | **MAG.:** |

## COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Calvin Dumas, who respectfully represents as follows:

1.

Plaintiff, Calvin Dumas, is a person of the full age of majority and resident and domiciliary of the Parish of St. James, State of Louisiana.

2.

Made Defendant herein is A.M.C. Liftboats, Inc. (hereinafter sometimes referred to as "A.M.C."), a Louisiana Corporation authorized to do and doing business in the Eastern District of Louisiana;

3.

This matter is brought before this Honorable Court pursuant to Title 46 U.S.C. 688 ("Jones Act"), the General Maritime Law, and in the alternative the laws of the state of Louisiana.

4.

This Honorable Court has maritime jurisdiction over this matter pursuant to 28 U.S.C. 1333.

5.

Defendant is justly and truly indebted unto Plaintiff for the following reasons, to wit:

6.

At all times pertinent herein, Plaintiff was assigned to work aboard a vessel and/or fleet of vessels owned and/or operated by A.M.C. such that he contributed to the function and/or mission of said vessel and/or fleet of vessels and maintained a connection to said vessel and/or fleet of vessels that was substantial in both duration and nature.

7.

At all times pertinent to this litigation, the plaintiff, Calvin Dumas, was employed by A.M.C. and assigned to work aboard the L/B MISS POLLY as a cook, deckhand, and crane operator.

8.

At all times pertinent to this litigation, Defendant A.M.C. owned and/or operated and/or controlled the L/B MISS POLLY, its crew, and its equipment.

9.

On or about April 19, 2010, Plaintiff was ordered as part of his duties aboard the vessel to lower a water pump into the water using the vessel's winch.  The winch handle was broken and the tension from the weight of the water pump caused the broken winch handle to strike Plaintiff's hand and fingers.

10.

The incident caused Plaintiff to suffer severe and permanent personal injuries.

11.

At all times pertinent herein, Plaintiff Calvin Dumas was in the course and scope of his employment with A.M.C. working as a crewmember aboard the L/B MISS POLLY.

12.

At all times pertinent to this litigation, Plaintiff conducted himself in a reasonable and prudent manner, and the injuries that he sustained on or about April 19, 2010 were caused solely and completely by the negligent actions and inactions of Defendant A.M.C., its employees or agents and the unseaworthiness of the L/B MISS POLLY.

13.

The negligent actions and inactions of Defendant and its employees or agents are set forth in the following non-exclusive list of particulars:

(a) failure to provide Plaintiff with a safe place to work;

(b) failure to ensure the safe and reasonable maintenance of vessel equipment;

(c) failure to properly supervise plaintiff's work-related activities and to maintain appropriate safety standards;

(d) failing to properly supervise and to oversee the work taking place aboard the L/B MISS POLLY;

(e) failure to maintain appropriate safety standards;

(f) failure to properly respond to hazardous working conditions that defendants knew about or should have known about;

(g) failure to provide the proper equipment aboard the L/B MISS POLLY; and

(h) other acts of negligence or that may be proven at trial.

14.

All of the above-cited actions and inactions of Defendant are violations of the Jones Act, the General Maritime Law, and the laws of the United States of America, and, in the alternative, the laws of the State of Louisiana, all of which are plead herein as if set forth in extension.

15.

Further, pursuant to the General Maritime Law of the United States of America, the defendant had the duty to provide the plaintiff with a safe and seaworthy vessel, but this duty was breached and violated by the defendant in the particulars herein described and due to the facts set forth herein, L/B MISS POLLY, its appurtenances, and its crew were inadequate and therefore unseaworthy.  The unseaworthiness of the L/B MISS POLLY was a direct and proximate cause of the accident which caused the severe injuries to Plaintiff.

16.

As a result of the incident forming the subject matter of this litigation, Plaintiff sustained severe and debilitating injuries to his fingers, hand, and arm, all of which will be proven at the trial of this matter.

17.

Plaintiff has sustained the following damages in connection with this accident:

(a)   Past and future lost wages, lost income and loss of earning capacity;

(b)   Past and future physical pain and suffering;

(c)   Past and future mental pain and suffering;

(d)   Past and future medical expenses;

(e)   Past and future loss of enjoyment of life; and

(f)   Additional damages to be shown at the trial of this matter.

18.

Plaintiff herein seeks any and all legal and equitable interest allowable to him under the Jones Act, the General Maritime Law, applicable federal laws, and, in the alternative, the laws of the State of Louisiana.

19.

Venue is proper with this Honorable Court as defendant, A.M.C., operates with its registered agent and domiciliary address within the Eastern District of Louisiana.

20.

Plaintiff hereby seeks a trial by jury.

**WHEREFORE,** Plaintiff, Calvin Dumas, prays that Defendant, A.M.C. Liftboats, Inc., be served with a copy of the instant Complaint and that after a trial by jury and all due proceedings there be judgment rendered in favor of Plaintiff and against Defendant for all damages as are reasonable in the premises with legal interest thereon from the date of judicial demand until paid for all legal, general and equitable relief as the nature of this case may warrant.

Respectfully submitted:

**COSSICH, SUMICH, PARSIOLA & TAYLOR, L.L.C.**

/s/   Brandon J. Taylor
PHILIP F. COSSICH, JR. (#1788) (T.A.)
DARREN S. SUMICH (#23321)
DAVID A. PARSIOLA (#21005)
BRANDON J. TAYLOR (#27662)
DARIN S. BRITT (#31639)
DANIELLE E. TREADAWAY (#32260)
8397 Highway 23, Suite 100
Belle Chasse, Louisiana  70037
Telephone:  (504)-394-9000
Facsimile:  (504)-394-91110

*Attorneys for Plaintiff*